## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGA MCMILLEN,<br><br>             Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.  1:21-cv-00647-SAB<br><br>ORDER RE: STIPULATION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br>(28 U.S.C. § 2412(d))<br><br>(ECF No. 19) |

Plaintiff Inga McMillen filed the complaint in this action on April 19, 2021. (ECF No. 1.) On December 28, 2021, pursuant to the parties' stipulation for remand, the Court remanded the action for further proceedings, and entered judgment in favor of Plaintiff. (ECF Nos. 16, 17, 18.) On March 16, 2022, the parties filed a stipulation for the award of attorney fees in the amount of $1,696.81 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), and $400.00 in costs pursuant to 28 U.S.C. § 1920. (ECF No. 19.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

///

///

Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees in the amount of $1,696.81 under the EAJA, 28 U.S.C. § 2412(d), and $400.00 in costs pursuant to 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:  **March 16, 2022**

_____
UNITED STATES MAGISTRATE JUDGE